```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR NO. 07-077-JAM |
| v. | ) |
| DAVID KIM, | ) |
| Defendant. | ) MOTION RE STIPULATION FOR ORDER DIRECTING CLERK OF COURT TO DISBURSE FUNDS ACCORDING TO STIPULATION OF THE PARTIES AND ORDER |

BY STIPULATION, in the plea agreement fully entered and filed by the Court in this case, the parties agreed to the following.

> Restitution: The Mandatory Victim Restitution Act requires the Court to order restitution to the victims of certain offenses. In addition, the defendant agrees to pay restitution in the amount of $664,180.83 to Medi-Cal at or before the time of sentencing. Payment should be by cashier's or certified check made payable to the Clerk of the Court. Defendant further agrees that he will not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding. The defendant understands that this Plea Agreement is voidable by the government if he fails to pay restitution in full prior to sentencing.

See Plea Agreement in CR 07-077-DLJ, pages 2-3.

MOTION AND [PROPOSED] ORDER                                           1

Pursuant to the stipulation contained in the plea agreement, defendant David Kim did pay the full amount of restitution -- prior to sentencing -- to the EDCA Clerk of Court. Accordingly, defendant Kim has relinquished all right title and interest in the funds paid to the EDCA Clerk of Court.

HEREBY, in accordance with the stipulation and undisputed terms of the plea agreement, the United States moves that this Court direct the EDCA Clerk of Court to execute the agreement entered by defendant Kim, the United States, and this Court, and to disburse the funds already paid by defendant Kim as restitution in this case.

Dated: May 20, 2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/ MICHELLE RODRIGUEZ

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR NO. 07-077-JAM |
| v. | ) |
| DAVID KIM, | ) |
| Defendant. | ) ORDER DIRECTING CLERK OF COURT TO DISBURSE FUNDS ACCORDING TO STIPULATION OF THE PARTIES |

In accordance with the stipulation of the United States and defendant Kim as set forth in the plea agreement filed in the above captioned matter on July 10, 2007, the Clerk of Court for the United States District Court is directed to disburse those funds paid by defendant Kim prior to sentencing. As stipulated, these funds are to be disbursed to victim Medi-Cal.

SO ORDERED.

Dated: 5/22/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

MOTION AND [PROPOSED] ORDER 3